1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10

11  DEARLED KNOTTS,              )  Case No. 06 CV 2001 H (WMc)
                                 )
12              Plaintiff,       )  **ORDER**
                                 )
13  v.                           )
                                 )
14  MERCK & COMPANY, INC.  a     )
    corporation;MCKESSON         )
15  CORPORATION, a corporation;  )
    DOES 1 to 50, inclusive,     )
16                               )
                Defendants.
17

18  _____

19

20       The Early Neutral Evaluation conference in the above-

21  entitled matter, which was previously scheduled for November 6,

22  2006 at 2:30 p.m., *is vacated* until further notice by the Court.

23

24

25  Dated: September 27, 2006    _____
                                 WILLIAM McCURINE, JR.
26  COPY TO:                     United States Magistrate Judge

27  HONORABLE MARILYN L. HUFF, U.S. DISTRICT JUDGE

28  ALL PARTIES & COUNSEL OF RECORD

06cv2001 H (WMc)

Dockets.Justia.com