UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEARLED KNOTTS, | ) Case No. 06 CV 2001 H (WMc) |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| MERCK & COMPANY, INC. a corporation; MCKESSON CORPORATION, a corporation; DOES 1 to 50, inclusive, | ) |
| Defendants. | ) |

The Early Neutral Evaluation conference in the above-entitled matter, which was previously scheduled for November 6, 2006 at 2:30 p.m., ***is vacated*** until further notice by the Court.

Dated: September 27, 2006

WILLIAM McCURINE, JR.
United States Magistrate Judge

COPY TO:

HONORABLE MARILYN L. HUFF, U.S. DISTRICT JUDGE

ALL PARTIES & COUNSEL OF RECORD

06cv2001 H (WMc)